**E-Filed 12/10/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROOP SINGH BASRA, | Case Number C 08-5146 JF |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| CHARLES DEMORE, District Director, San Francisco District Office, United States Immigration and Customs Enforcement, | |
| Respondent. | |

    Petitioner, who is represented by counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 protesting his detention by Immigration and Customs Enforcement ("ICE").  IT IS ORDERED as follows:

    (1)    The Clerk of the Court shall (a) serve a copy of the petition and a copy of this Order upon counsel for Respondent, the Office of the United States Attorney, Northern District of California, and (b) serve a copy of this Order on counsel for Petitioner.

    (2)    Respondent shall, in writing and within sixty (60) days after service of this Order, file a response showing cause why the petition should not be granted.

1  (3)  Petitioner may file a traverse within thirty (30) days after service of the response.

2  (4)  Unless otherwise ordered by the Court, the matter will be deemed submitted upon

3  the filing of the traverse or upon the expiration of time to file a traverse.

DATED: 12/10/08

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 08-5146 JF
ORDER TO SHOW CAUSE
(JFLC2)

1  Copies of this Order were served upon the following:

2

3  Counsel for Petitioner:

4  Michael A. Younge
5  Law Office of Michael A. Younge
   8141 E. Kaiser Blvd., Ste. 200
6  Anaheim Hills, CA 92808

7

8  Counsel for Respondent:

9  Office of the United States Attorney
10 150 Almaden Blvd, Suite 900
   San Jose, CA 95113

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 08-5146 JF
ORDER TO SHOW CAUSE
(JFLC2)