\*\*E-Filed 3/3/09\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROOP SINGH BASRA,<br><br>    Petitioner,<br><br>    v.<br><br>CHARLES DEMORE, District Director, San Francisco District Office, United States Immigration and Customs Enforcement,<br><br>    Respondent. | Case Number C 08-5146 JF<br><br>ORDER[1] DISMISSING PETITION AS MOOT |

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 protesting his detention by Immigration and Customs Enforcement ("ICE"). Petitioner was taken into custody on August 6, 2008 pursuant to a final order of removal. He claimed that the ICE impermissibly held him beyond the applicable ninety day removal period. *See* 8 U.S.C. § 1231(a)(1)(A) (providing that in general an alien ordered removed shall be removed from the United States within a period of ninety days). Petitioner was removed on February 25, 2009. *See* Notice of Removal (document 6).

---

[1] This order is not designated for publication in the official reports.

Case No. C 08-5146 JF
ORDER DISMISSING PETITION AS MOOT
(JFLC2)

| | |
|---|---|
| 1 | Accordingly, the petition is DISMISSED AS MOOT. |
| 2 | The Clerk of the Court shall close the file. |
| 5 | DATED: 3/3/09 |

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 08-5146 JF
ORDER DISMISSING PETITION AS MOOT
(JFLC2)

1  Copies of this Order were served upon the following:

3  Melanie Lea Proctor Melanie.Proctor@usdoj.gov, manik.bowie@usdoj.gov,
4  tiffani.chiu@usdoj.gov

5  Michael A. Younge
   Law Office of Michael A. Younge
6  8141 E. Kaiser Blvd., Ste. 200
7  Anaheim Hills, CA 92808

3

Case No. C 08-5146 JF
ORDER DISMISSING PETITION AS MOOT
(JFLC2)